# United States Bankruptcy Court
## Central District Of California

In re:
Dorianne Paige Stroll
aka Dori Stroll

CHAPTER NO.: 7

CASE NO.: 2:11−bk−14623−ER

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☑ Statement of Social Security Number(s) (Official Form B21). [Court Manual, section 3−6(b)]
X  Declaration re: Electronic filing

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002−1(c) and 5005−2, and Court Manual, section 2−1(a)(7).

Chapter 7    Original only

**Please return the original or copy of this form with all required items to the following location:**

255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below−referenced Deputy Clerk:

Dated: February 2, 2011

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Janice Lawrence**
**Deputy Clerk**

mccdn − Revised 12/2009

**4 − 1 / JLL**