| | |
|---|---|
| **United States Bankruptcy Court** <br> **Central District Of California** | |
| In re: <br> Dorianne Paige Stroll <br> aka Dori Stroll | CHAPTER NO.: 7 |
| | CASE NO.: 2:11−bk−14623−ER |

# **FINAL NOTICE**
## RE: UNCURED CASE DEFICIENCIES

**To the Debtor and the Debtor's Attorney of Record:**

**Your case WILL be dismissed without further notice or opportunity for hearing if the following documents are not filed by 3/8/11.**

☑ Statement of Social Security Number(s) (Official Form B21). [Court Manual, section 3−6(b)]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002−1(c) and 5005−2, and Court Manual, section 2−1(a)(7).

       Chapter 7    Original only

**Please return the original or copy of this form with all required items to the following location:**

       255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below−referenced Deputy Clerk

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: February 22, 2011

**By: Linda Bangle**
**Deputy Clerk**

mccdnx 12/2010

**9 − 1 / LB2**